```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
RRKIDZ, INC,                                        :
                          Plaintiff,          :
 :
            -against-                    :          16-CV-912 (VSB)
 :
WESTERN NEW YORK PUBLIC               :                 ORDER
BROADCASTING ASSOCIATION,             :
 :
                      Defendant.      :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      As detailed in the conference in this matter held on May 11, 2016, I have referred this case to the Southern District's Mediation Program and requested that it be assigned to a mediator with experience in intellectual property, particularly a mediator with experience with licensing and license issues. As further detailed in the conference, it is hereby:

      ORDERED that the parties file a joint letter with the Court on or before June 10, 2016 regarding the status of mediation. This letter should include details regarding whether the parties have been able to schedule mediation, whether the parties have met with the mediator, and whether the parties believe further discussions with the mediator will be fruitful.

      IT IS FURTHER ORDERED that all formal discovery in this matter is hereby stayed pending the parties' report regarding the status of mediation.

      SO ORDERED.

Dated:    May 12, 2016
             New York, New York

                                                                  _____
                                                                  Vernon S. Broderick
                                                                  United States District Judge