October 20, 2016

<u>V<small>IA</small> ECF</u>

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, New York 10007

RE: **RRKidz, Inc. ("RRKidz") v. Western New York Public Broadcasting Association ("WNED")**
**Case No. 1:16-cv-00912-VSB - Joint Letter re: Discovery Deadlines.**

Dear Judge Broderick:

As directed during the conference held in the above-referenced matter on October 11, 2016, we are writing to confirm the parties' agreement that the deadline for the close of fact discovery, including all written discovery and non-expert depositions, which currently is set for December 16, 2016, should be re-set for January 20, 2016.

The parties wish to thank the Court for its time and attention to this matter.

Very truly yours,

| | |
|---|---|
| L<small>INER</small>  LLP | L<small>UPKIN</small> & A<small>SSOCIATES</small> PLLC |
| 1100 Glendon Avenue, 14th Floor | 26 Broadway, 19th Floor |
| Los Angeles, CA  90024 | New York, New York  10004 |
| Tel: (310) 500-3500 | Tel: (646) 367-2771 |
| | |
| By: */s/ Joseph R. Taylor* | By: */s/ Jonathan D. Lupkin* |
| | |
| *Attorneys for RRKidz, Inc.* | *Attorneys for Western New York Public Broadcasting Association* |