APPLICATION GRANTED
SO ORDERED _____
VERNON S. BRODERICK
U.S.D.J. 10/21/2016

The post-discovery conference set for January 18, 2017 is hereby adjourned until February 15, 2017 at 11:00 AM.

<u>Via ECF</u>

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, New York 10007

**RE:    RRKidz, Inc. ("RRKidz") v. Western New York Public Broadcasting Association ("WNED")
Case No. 1:16-cv-00912-VSB - Joint Letter re: Discovery Deadlines.**

Dear Judge Broderick:

As directed during the conference held in the above-referenced matter on October 11, 2016, we are writing to confirm the parties' agreement that the deadline for the close of fact discovery, including all written discovery and non-expert depositions, which currently is set for December 16, 2016, should be re-set for January 20, 2016.

The parties wish to thank the Court for its time and attention to this matter.

Very truly yours,

LINER LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA  90024
Tel: (310) 500-3500

By: _/s/ Joseph R. Taylor_____

_Attorneys for RRKidz, Inc._

LUPKIN & ASSOCIATES PLLC
26 Broadway, 19th Floor
New York, New York  10004
Tel: (646) 367-2771

By: _/s/ Jonathan D. Lupkin_____

_Attorneys for Western New York Public
Broadcasting Association_