```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RRKIDZ, INC.,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :        16-CV-912 (VSB)
                -v-                                         :
                                                            :        ORDER OF REFERENCE
                                                            :
WESTERN NEW YORK PUBLIC                                     :
BROADCASTING ASSOCIATION.                                   :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated:   June 26, 2017
         New York, New York

                                            _____
                                            Vernon S. Broderick
                                            United States District Judge