August 28, 2017

V<small>IA</small> ECF

Hon. Debra Freeman,
United States District Court
Southern District of New York
500 Pearl St., Courtroom 17A
New York, NY 10007-1312

RE:   RRKidz, Inc. v. Western New York Public Broadcasting Association,
Case No. 1:16-cv-00912 (VSB) (DCF), and Western New York Public Broadcasting
Association v. RRKidz, Inc., et al., Case No. 1:17-cv-05914 (VSB) (DCF)
<u>Notice of Settlement.</u>

Dear Chief Magistrate Judge Freeman:

We write to advise the Court that the parties have signed a settlement agreement that contemplates dismissal of the above-referenced actions. The parties expect to file stipulations of dismissal within days, once a condition precedent largely beyond the parties' control is satisfied.

Accordingly, Western New York Public Broadcasting Association is withdrawing its Motion for Preliminary Injunction and Temporary Restraining order filed August 18, 2017 in Case No. 1:17-cv-05914 and scheduled for hearing on September 1, 2017.

The parties respectfully request that the Court suspend all deadlines, conferences, and hearing dates in both matters pending dismissal.

Very truly yours,

| | |
|---|---|
| L<small>INER</small>  LLP | L<small>UPKIN</small> & A<small>SSOCIATES</small> PLLC |
| 1100 Glendon Avenue, 14th Floor | 26 Broadway, 19th Floor |
| Los Angeles, CA  90024 | New York, New York  10004 |
| Tel: (310) 500-3500 | Tel: (646) 367-2771 |
| | |
| By: <u>/s/ Tiffany R. Caterina</u> | By: <u>/s/ Michael B. Smith</u> |
| | |
| *Attorneys for RRKidz, Inc.* | *Attorneys for Western New York Public Broadcasting Association* |